WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILIMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS LLC; NEVADA LEGAL SUPPORT SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-02441-JCM-NJK<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

COMES NOW, Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2 (hereinafter "Plaintiff"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP; and Nevada Legal Support Services (hereinafter "NV Legal Support Services") by and through its attorney of record Kerry P. Faughnan, Esq., hereby stipulate and agree as follows:

1. On December 14, 2017, NV Legal Support Services demanded the deposit of a five-hundred dollar ($500.00) cost bond pursuant to NRS 18.130(1) [ECF No. 11]; and

///

2. Plaintiff does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 2nd day of January, 2018. | Dated this 2nd day of January, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | KERRY P FAUGHNAN, ESQ. |
| */s/ Paterno C. Jurani, Esq.* | */s/ Kerry P. Faughnan, Esq.* |
| Paterno C. Jurani, Esq. | Kerry P. Faughnan, Esq. |
| Nevada Bar No. 8136 | Nevada Bar No. 12204 |
| 7785 W. Sahara Ave., Suite 200 | P.O. Box 335361 |
| Las Vegas, NV 89117 | North Las Vegas, NV 89033 |
| *Attorney for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2* | *Attorney for Defendant, Nevada Legal Support Services* |

**ORDER**

**IT IS SO ORDERED** that Plaintiff will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court ten (10) days after this Order is filed.

Dated this __3rd__ day of __January__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE