# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, | Case No. 2:17-cv-02441-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is an order for Plaintiff to show cause why its claims against the non-appearing Defendants should not be dismissed for failure to prosecute. Docket No. 29. Plaintiff filed a response. Docket No. 32. Plaintiff also filed notices of intent to take default. Docket Nos. 30-31. The Court is satisfied that dismissal is not appropriate at this time, but **CAUTIONS** Plaintiff that it must diligently prosecute this case.[1] The order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED.

DATED: April 11, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In its response to the order to show cause, Plaintiff relies in part on the fact that it has sought a stay of this case. *See* Docket No. 32 at 3-4. The filing of a motion to stay has no legal effect on whether a case must proceed; a case is only stayed if the Court issues an order so directing. *See, e.g.*, *Willemijn Houdstermaatschappij BV v. Apollo Computer Inc.*, 707 F. Supp. 1429, 1441 (D. Del. 1989).