WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS LLC; NEVADA LEGAL SUPPORT SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-02441-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT NEVADA LEGAL SUPPORT SERVICES MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 [ECF NO. 35]**<br>**(FIRST REQUEST)** |

COMES NOW Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2 (hereinafter "Christiana Trust" or "Plaintiff"), by and through its attorneys of record, Natalie C. Lehman, Esq. and Paterno C. Jurani, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Nevada Legal Support Services (hereinafter "NLSS"), by and through its attorney of record, Kerry P. Faughnan, Esq., and hereby stipulate and agree that Christiana Trust shall have an extension of time of seven (7) days, up to and including May 11, 2018, in which to file its

Opposition to NEVADA LEGAL SUPPORT SERVICES MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 [ECF No. 35], filed on April 13, 2018. The requested extension is necessary to allow Christiana Trust to fully evaluate and address the arguments in the motion, as the parties were exploring alternative resolution. Christiana Trust's Opposition is currently due to be filed on or before May 4, 2018.

This is the parties' first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 4th day of May, 2018.                                 Dated this 4th day of May, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Paterno C. Jurani, Esq.*                                            */s/ Kerry P. Faughnan, Esq.*
Paterno C. Jurani, Esq.                                                    Kerry P. Faughnan, Esq.
Nevada Bar No. 8136                                                     Nevada Bar No. 12204
7785 W. Sahara Ave., Suite 200                                   P.O. Box 335361
Las Vegas, Nevada 89117                                            North Las Vegas, Nevada 89033
*Attorneys for Plaintiff, Christiana Trust, a*                  *Attorneys for Defendant, Nevada Legal*
*Division of Wilmington Savings Fund Society,*          *Support Services*
*FSB, not in its Individual Capacity but as*
*Trustee of ARLP Trust 2*

**ORDER**

**IT IS SO ORDERED**.

Dated May 7, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE