# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIANA TRUST,

    Plaintiff(s),

v.

HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:17-cv-02441-JCM-NJK

**Order**

[Docket No. 48]

Plaintiff filed a notice that certain documents are available for inspection. Docket No. 48. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 17, 2018

                                                  Nancy J. Koppe
                                                United States Magistrate Judge