Kerry P. Faughnan, Esq., NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
*Attorney for Defendant Nevada Legal Support Services*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2,<br><br>Plaintiff,<br>v.<br><br>HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS LLC; NEVADA LEGAL SUPPORT SERVICES,<br><br>Defendants. | Case No. 2:17-cv-02441-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS NEVADA LEGAL SUPPORT SERVICES WITH PREJUDICE** |

//

//

//

//

//

//

//

//

//

1

Comes now Defendant, Nevada Legal Support Services and Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as trustee of ARLP Trust 2, who stipulate to the dismissal of Nevada Legal Support Services with prejudice, each side to bear their own attorney's fees and costs.

It is further stipulated and agreed that Defendant, Nevada Legal Support Services, will accept service of a trial subpoena and reasonably cooperate with Plaintiff if called as a witness at trial in this matter, if any.

DATED: August 9, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
*Attorney for Defendant Nevada Legal Support Services*

/s/ Paterno C. Jurani, Esq.
Paterno C. Jurani, Esq., NSB #8136
7785 W. Sahara Ave. Ste. 200
Las Vegas NV 89117
(702) 475-7964
(702) 946-1345 - FAX
pjurani@wrightlegal.net
*Attorney for Plaintiff Christiana Trust*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED _ August 21, 2018