WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2 and Proposed Substituted Plaintiff, Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILIMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS LLC; NEVADA LEGAL SUPPORT SERVICES, <br><br> Defendants. | Case No.: 2:17-cv-02441-JCM-NJK <br><br> **ORDER FOR RETURN OF COST BOND** |

Pursuant to NRS 18.130, Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 2 and Proposed Substituted Plaintiff, Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 ("Plaintiff"), provided a cost bond on January 10, 2018. (ECF No. 14) This matter has since been resolved, with all claims being resolved and judgment entered. No defendant or other party has moved for a disbursement of the cost bond. Plaintiff now moves for return of the cost bond with any accrued interest to Plaintiff's counsel:

WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

DATED this 25th day of February, 2020.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
*Attorney for Plaintiff, Christiana Trust, a Division
of Wilmington Savings Fund Society, FSB, not in its
Individual Capacity but as Trustee of ARLP Trust 2
and Proposed Substituted Plaintiff, Christiana
Trust, a division of Wilmington Savings Fund
Society, FSB, not in its individual capacity but as
Trustee of ARLP Trust 3*

**IT IS SO ORDERED**: February 26, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 25th day of February, 2020, a true and correct copy of this **MOTION AND [PROPOSED] ORDER FOR RETURN OF COST BOND** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP